IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>GREGG A. FRIES,<br><br>   Defendant. | CASE NO. 8:14CR333<br><br>**ORDER FOR RELEASE TO INPATIENT TREATMENT PROGRAM** |

THIS MATTER is before the Court on the Defendant's oral Motion to Reconsider Detention and his request to enter the HERO treatment program at the Stephen's Center in Omaha, Nebraska. Upon due consideration of all of the foregoing, IT IS ORDERED as follows:

The Defendant shall be released from custody on Thursday, July 23, 2015, and shall be placed at the HERO treatment program at the Stephen's Center in Omaha, Nebraska, and he shall enter such program, and remain in and follow all of the requirements of such program.

The Defendant shall comply with all subsequent recommendations for any aftercare or halfway house placements following completion of inpatient treatment.

The Defendant shall comply with all previously ordered conditions of supervised release.

Should the Defendant be discharged from the program for any reason, or otherwise violate any condition of this order, or the previously set conditions of supervised release, then a warrant shall issue for his arrest.

IT IS SO ORDERED.

DATED this 23rd day of July, 2015.

                BY THE COURT:

                __s/ Joseph F. Bataillon_____

                Senior United States District Judge